DOMINICA C. ANDERSON (SBN 2988)
DANIEL B. HEIDTKE (SBN 12975)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: (415) 957-3179
Facsimile: (702) 974-1058
dcanderson@duanemorris.com
dbheidtke@duanemorris.com

Attorneys for Defendant
*GEICO Insurance Agency, LLC*
*d/b/a GEICO Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYLOR JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INSURANCE AGENCY, LLC d/b/a GEICO CASUALTY COMPANY, a foreign limited-liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-03079<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff TAYLOR JOHNSON and Defendant GEICO CHOICE INSURANCE COMPANY, erroneously sued as "GEICO INSURANCE AGENCY, LLC d/b/a GEICO CASUALTY COMPANY" ("Defendant") have stipulated and agreed to an extension of time from October 1, 2026, to October 15, 2026, in order for Defendant to file its response to Plaintiff's complaint.

The parties are actively discussing an efficient and economical approach to this litigation, including a potential stay of this action pending a potentially related appeal in the case captioned, *Brittnay Melendez v. Taylor Johnson*, Eighth Judicial District Court, Case No. A815834, Nevada Supreme Court Case No. 91236 (consolidated with Case No. 91668). Opening briefs in that appeal are due October 5, 2026. As a result, the parties have agreed to, and respectfully request, that this Court enter an order extending by two weeks Defendant's deadline to file its response to Plaintiff's complaint.

This will allow the parties to continue their discussions without undertaking briefing or other litigation efforts that may prove unnecessary both for the parties and for this Court. This is the first request for additional time. The parties agree that good cause exists for this request and that it is not the result of undue delay, but instead is consistent with a goal of achieving the just, speedy and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

DATED this 1st day of October 2026.

**MAIER GUTIERREZ &ASSOCIATES**

*/s/ William A. Gonzalez*
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 15230
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jag@mgalaw.com
wag@mgalaw.com
*Attorneys for Plaintiff*

DATED this 1st day of October 2026

**DUANE MORRIS LLP**

*/s/ Daniel B. Heidtke*
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED that Defendant shall have an extension up to and including October 15, 2026, in order for Defendant to file its response to Plaintiff's complaint.

DATED this 2nd day of October 2026.

**UNITED STATES MAGISTRATE JUDGE**